## OHIO POWER CO v BECK

Ohio Appeals, 5th Dist, Stark Co

Decided May 25, 1935

Lynch, Day, Pontius & Lynch, Canton, for plaintiff in error.

Amerman & Mills, Canton, for defendant in error.

For full opinion see 4 OO 557; 51 Oh Ap 156.